UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | |
| *Plaintiff*, | ) | Case No.: 18-5094 |
| v. | ) | |
| SUPREME COURT OF THE | ) | |
| UNITED STATES, | ) | |
| *Defendant*. | ) | Jury Trial Demanded |

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed my four paper copies (due to *IFP* status) of the CORRECTED APPELLANT'S BRIEF and APPENDIX with the Clerk of this Court via U.S. Mail, PRIORITY MAIL with tracking and and postage-prepaid on **May 8, 2018**, and this CORRECTED BRIEF and APPENDIX also was served as a paper copy on **May 8, 2018** to the following counsel of record's office via U.S. Mail, First Class and postage prepaid:

**R. Craig Lawrence**
Email: craig.lawrence@usdoj.gov   Firm: 202-252-2500
U.S. Attorney's Office, (USA) Civil Division
**555 4th Street, NW**
**Washington, DC 20530**

Respectfully submitted,

s/ ANDREW U. D. STRAW, *Pro Se*
1900 E. Golf Rd., Suite 950A
Schaumburg, IL 60173
Telephone: (312) 985-7333   Fax: (877) 310-9097
andrew@andrewstraw.com

1