UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
United States Courthouse
333 Constitution Ave., NW
Washington, DC 20001

| | | |
|---|---|---|
| | ) | 7CCA Docket No. |
| ANDREW U. D. STRAW, | ) | Type of Action: Civil |
| *Plaintiff/Appellant,* | ) | |
| | ) | Case#: 1:18-cv-299-DLF |
| v. | ) | Judge Dabney L. Friedrich |
| U.S. SUPREME COURT, | ) | DC District Court |
| *Defendant/Appellee.* | ) | |

## MOTION FOR MISCELLANEOUS RELIEF GIVEN GRANTED *IFP* STATUS

I, *appellant* Andrew U. D. Straw, given *IFP* status and my change of residential address to the Philippines, respectfully move as follows:

The Court below granted me *IFP* status for the Appeal and I appreciate this very much given my low income and disabilities.

While living in Elgin, Illinois, I filed my appellant's brief in paper format after filing it electronically back on May 7, 2018, also serving it to opposing counsel in paper format. I received a small settlement from the ABA and I used the whole of this to move to the Philippines so my SSDI payment is worth more than it is in the USA and so I can be with my fiancée.

1

I no longer have a printer and my own equipment for making bound copies of pleadings.  It is also expensive to send materials through the mail and the time is unpredictable and could take weeks.  This is different from how it was in my residence in Elgin, Illinois.

Given these facts, I move the Court in the interest of justice and my *IFP* status (including consideration of my mental and physical disabilities) to waive the requirement to provide pleadings in paper format after I have e-filed them.  I would be most grateful for this as I adjust to living in a different country.  F.R.A.P. Rule 2 allows for a suspension of part of the Rules for good cause and I believe these reasons are good cause.

I thank the Court for considering this motion, which will make it much easier for me to participate in my appeal from abroad and on a timely basis.

I, *Respondent-Appellant* Andrew U. D. Straw, certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, that the above statements and factual representations are true and correct under penalty of perjury. Dated: **June 22, 2018**

Respectfully submitted,
s/ ANDREW U. D. STRAW
1900 E. Golf Rd., Suite 950A
Schaumburg, IL 60173
Telephone: (312) 985-7333
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I filed the foregoing by CM/ECF with the Clerk of Court and that system will serve this document to opposing counsel/parties via CM/ECF and will be available via Pacer.gov for the public:

MOTION FOR MISCELLANEOUS RELIEF

                Dated this **22nd day of June, 2018**

                _____
                s/ ANDREW U. D. STRAW
                1900 E. Golf Rd, Suite 950A
                Schaumburg, IL 60173
                Telephone: (312) 985-7333
                E-mail:    andrew@andrewstraw.com